# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

THOMAS LEE GLEASON,                         No. 2:19-cv-2270 KJN P

      Plaintiff,

  v.

W. BROADSTONE,

                            **ORDER & WRIT OF HABEAS CORPUS**
      Defendant.               **AD TESTIFICANDUM**

                               /

Thomas Lee Gleason, CDCR # H-47517, a necessary and material witness in a settlement conference in this case on May 21, 2020, is confined in California State Prison, Solano (SOL), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire, by telephonic-conferencing from his place of confinement, to the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Thursday, May 21, 2020, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at the California State Prison, Solano, (707) 454-3429.

4. On May 21, 2020, no later than 9:00 a.m., the assigned prison official shall call 1-877-336-1839 and when prompted, use the access code 2040217 plus #, and security code 4223 plus #.

5. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Valerie Callen, Courtroom Deputy, at (916) 930-4199.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SOL, P. O. Box 4000, Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  May 13, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Glea2270.841T